IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to: | Master Docket: Misc. No. 21-mc-1230-JFC<br><br>MDL No. 3014<br><br>SHORT FORM COMPLAINT FOR PERSONAL INJURIES, DAMAGES, AND DEMAND FOR JURY TRIAL<br><br>DIRECT FILE PURSUANT TO PTO 28 |

Plaintiff(s) incorporate(s) by reference the Amended Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial filed in *In re Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Litigation*, MDL No. 3014, Master Docket Misc. No. 21-mc-1230 (the "Master Long Form Complaint"). This Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants; and/or (b) additional claims and allegations against other Defendants not listed in the Master Long Form Complaint.

Plaintiff(s) further allege(s) as follows:

**I.   DEFENDANTS**

1. Plaintiff(s) name(s) the following Defendants in this action:

    ___ Koninklijke Philips N.V.

    ___ Philips North America LLC.

    ___ Philips RS North America LLC.

    \_\_\_ Philips Holding USA Inc.

    \_\_\_ Philips RS North America Holding Corporation.

    \_\_\_ Polymer Technologies, Inc.

    \_\_\_ Polymer Molded Products LLC.

**II.   PLAINTIFF(S)**

2. Name of Plaintiff(s):

   _____

3. Name of spouse of Plaintiff (if loss of consortium claim is being made):

   _____

4. Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

   _____

5. State(s) of residence of Plaintiff(s) (if the Recalled Device user is deceased, residence at the time of death):

   _____

**III.   DESIGNATED FORUM**

6. Identify the forum (United States District Court and Division) in which the Plaintiff would have filed in the absence of direct filing:

   _____

**IV.   USE OF A RECALLED DEVICE**

7.   Plaintiff used the following Recalled Device(s):

| | |
|---|---|
| *E30 (Emergency Use Authorization)* | *Dorma 500* |
| *DreamStation ASV* | *REMstar SE Auto* |
| *DreamStation ST, AVAPS* | *Trilogy 100* |
| *SystemOne ASV4* | *Trilogy 200* |
| *C-Series ASV* | *Garbin Plus, Aeris, LifeVent* |
| *C-Series S/T and AVAPS* | *A-Series BiPAP Hybrid A30 (not marketed in U.S.)* |
| *OmniLab Advanced +* | |
| *SystemOne (Q-Series)* | *A-Series BiPAP V30 Auto* |
| *DreamStation* | *A-Series BiPAP A40* |
| *DreamStation Go* | *A-Series BiPAP A30* |
| *Dorma 400* | *Other Philips Respironics Device*; if other, identify the model: _____ |

**V.   INJURIES**

8.   Plaintiff alleges the following physical injuries as a result of using a Recalled Device together with the attendant symptoms and consequences associated therewith:

COPD (new or worsening)

Asthma (new or worsening)

Pulmonary Fibrosis

Other Pulmonary Damage/Inflammatory Response

Cancer _____ (specify cancer)

Kidney Damage

Liver Damage

3

  Heart Damage

  Death

  Other (specify)

  _____

**VI. CAUSES OF ACTION/DAMAGES**

9. As to Koninklijke Philips N.V., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

 ___ Count I: Negligence

 ___ Count II: Strict Liability: Design Defect

 ___ Count III: Negligent Design

 ___ Count IV: Strict Liability: Failure to Warn

 ___ Count V: Negligent Failure to Warn

 ___ Count VI: Negligent Recall

 ___ Count VII: Battery

 ___ Count VIII: Strict Liability: Manufacturing Defect

 ___ Count IX: Negligent Manufacturing

 ___ Count X: Breach of Express Warranty

 ___ Count XI: Breach of the Implied Warranty of Merchantability

 ___ Count XII: Breach of the Implied Warranty of Usability

 ___ Count XIII: Fraud

 ___ Count XIV: Negligent Misrepresentation

    Count XV:          Negligence Per Se

    Count XVI:         Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

    Count XVII:        Unjust Enrichment

    Count XVIII:       Loss of Consortium

    Count XIX:         Survivorship and Wrongful Death

    Count XX:          Medical Monitoring

    Count XXI:         Punitive Damages

    Count XXII:        Other [specify below]

_____

10. As to Philips North America LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

    Count I:           Negligence

    Count II:          Strict Liability: Design Defect

    Count III:         Negligent Design

    Count IV:         Strict Liability: Failure to Warn

    Count V:          Negligent Failure to Warn

    Count VI:         Negligent Recall

    Count VII:        Battery

    Count VIII:       Strict Liability: Manufacturing Defect

    Count IX:         Negligent Manufacturing

___ Count X:        Breach of Express Warranty

___ Count XI:       Breach of the Implied Warranty of Merchantability

___ Count XII:      Breach of the Implied Warranty of Usability

___ Count XIII:     Fraud

___ Count XIV:      Negligent Misrepresentation

___ Count XV:       Negligence Per Se

___ Count XVI:      Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

___ Count XVII:     Unjust Enrichment

___ Count XVIII:    Loss of Consortium

___ Count XIX:      Survivorship and Wrongful Death

___ Count XX:       Medical Monitoring

___ Count XXI:      Punitive Damages

___ Count XXII:     Other [specify below]

_____

11. As to Philips RS North America LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

___ Count I:        Negligence

___ Count II:       Strict Liability: Design Defect

___ Count III:      Negligent Design

___ Count IV:       Strict Liability: Failure to Warn

6

___ Count V:        Negligent Failure to Warn

___ Count VI:       Negligent Recall

___ Count VII:      Battery

___ Count VIII:     Strict Liability: Manufacturing Defect

___ Count IX:       Negligent Manufacturing

___ Count X:        Breach of Express Warranty

___ Count XI:       Breach of the Implied Warranty of Merchantability

___ Count XII:      Breach of the Implied Warranty of Usability

___ Count XIII:     Fraud

___ Count XIV:      Negligent Misrepresentation

___ Count XV:       Negligence Per Se

___ Count XVI:      Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

___ Count XVII:     Unjust Enrichment

___ Count XVIII:    Loss of Consortium

___ Count XIX:      Survivorship and Wrongful Death

___ Count XX:       Medical Monitoring

___ Count XXI:      Punitive Damages

___ Count XXII:     Other [specify below]

_____

12. As to Philips Holding USA Inc., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

    ___ Count I:    Negligence

    ___ Count II:    Strict Liability: Design Defect

    ___ Count III:    Negligent Design

    ___ Count IV:    Strict Liability: Failure to Warn

    ___ Count V:    Negligent Failure to Warn

    ___ Count VI:    Negligent Recall

    ___ Count VII:    Battery

    ___ Count VIII:    Strict Liability: Manufacturing Defect

    ___ Count IX:    Negligent Manufacturing

    ___ Count X:    Breach of Express Warranty

    ___ Count XI:    Breach of the Implied Warranty of Merchantability

    ___ Count XII:    Breach of the Implied Warranty of Usability

    ___ Count XIII:    Fraud

    ___ Count XIV:    Negligent Misrepresentation

    ___ Count XV:    Negligence Per Se

    ___ Count XVI:    Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

    ___ Count XVII:    Unjust Enrichment

    ___ Count XVIII:    Loss of Consortium

    ___ Count XIX:    Survivorship and Wrongful Death

    ___ Count XX:    Medical Monitoring

___ Count XXI:     Punitive Damages

___ Count XXII:    Other [specify below]

_____

13. As to Philips RS North America Holding Corporation, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

___ Count I:       Negligence

___ Count II:      Strict Liability: Design Defect

___ Count III:     Negligent Design

___ Count IV:      Strict Liability: Failure to Warn

___ Count V:       Negligent Failure to Warn

___ Count VI:      Negligent Recall

___ Count VII:     Battery

___ Count VIII:    Strict Liability: Manufacturing Defect

___ Count IX:      Negligent Manufacturing

___ Count X:       Breach of Express Warranty

___ Count XI:      Breach of the Implied Warranty of Merchantability

___ Count XII:     Breach of the Implied Warranty of Usability

___ Count XIII:    Fraud

___ Count XIV:     Negligent Misrepresentation

___ Count XV:      Negligence Per Se

  ___ Count XVI:  Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

  ___ Count XVII:  Unjust Enrichment

  ___ Count XVIII:  Loss of Consortium

  ___ Count XIX:  Survivorship and Wrongful Death

  ___ Count XX:  Medical Monitoring

  ___ Count XXI:  Punitive Damages

  ___ Count XXII:  Other [specify below]

_____

14. As to Polymer Technologies, Inc., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

  ___ Count I:  Negligence

  ___ Count II:  Strict Liability: Design Defect

  ___ Count III:  Negligent Design

  ___ Count IV:  Strict Liability: Failure to Warn

  ___ Count V:  Negligent Failure to Warn

  ___ Count VIII:  Strict Liability: Manufacturing Defect

  ___ Count IX:  Negligent Manufacturing

  ___ Count XIII:  Fraud

  ___ Count XIV:  Negligent Misrepresentation

  ___ Count XVII:  Unjust Enrichment

   \_\_\_ Count XVIII:   Loss of Consortium

   \_\_\_ Count XIX:   Survivorship and Wrongful Death

   \_\_\_ Count XX:   Medical Monitoring

   \_\_\_ Count XXI:   Punitive Damages

   \_\_\_ Count XXII:   Other [specify below]

_____

15. As to Polymer Molded Products LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

   \_\_\_ Count I:   Negligence

   \_\_\_ Count II:   Strict Liability: Design Defect

   \_\_\_ Count III:   Negligent Design

   \_\_\_ Count IV:   Strict Liability: Failure to Warn

   \_\_\_ Count V:   Negligent Failure to Warn

   \_\_\_ Count VIII:   Strict Liability: Manufacturing Defect

   \_\_\_ Count IX:   Negligent Manufacturing

   \_\_\_ Count XIII:   Fraud

   \_\_\_ Count XIV:   Negligent Misrepresentation

   \_\_\_ Count XVII:   Unjust Enrichment

   \_\_\_ Count XVIII:   Loss of Consortium

   \_\_\_ Count XIX:   Survivorship and Wrongful Death

   \_\_\_ Count XX:   Medical Monitoring

    \_\_\_ Count XXI:      Punitive Damages

    \_\_\_ Count XXII:     Other [specify below]

_____

16. If additional claims against the Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial are alleged above, the additional facts, if any, supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following additional factual allegations against the Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial:

_____

17. Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

_____

18. Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 16 above:

_____

WHEREFORE, Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial and any additional relief to which Plaintiff(s) may be entitled.

Date: _____                    */s/ Daniel R. Griffin*